IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

V.                                                              CRIMINAL NO. 4:07CR12-TSL-LRA

ANTHONY McLAUGHLIN

## JUDGMENT OF ACQUITTAL

The jury having returned a verdict of Not Guilty as to all counts of the indictment filed against the defendant, Anthony McLaughlin, the Court hereby enters a Judgment of Acquittal dismissing all charges filed against Anthony McLaughlin.  This matter is fully and finally dismissed.

SO ORDERED this the 1st day of August, 2008

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE